## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

GAYLA F. MURPHY, on behalf of herself and
all other similarly situated,

Plaintiff,

v.

DIRECT ENERGY SERVICES, LLC,

Defendant.

Case No. 3:19-cv-01454-N

Honorable Judge David C. Godbey

### <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

NOW COMES GAYLA F. MURPHY ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd.  and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, DIRECT ENERGY SERVICES, LLC, with  prejudice. Each party shall bear its own costs and attorney fees.

Dated: October 10, 2019

Respectfully Submitted,

*/s/ Nathan C. Volheim*
Nathan C. Volheim, Esq.
*Counsel for Plaintiff*
Admitted in the Northern District of Texas
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 10, 2019 , a true and correct copy of the above and foregoing document was filed with the Court and served on all parties requested electronic notification.


*/s/Nathan C. Volheim*
Nathan C. Volheim
